**UNITED STATES DISTRICT COURT**  **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JANET KIPP MEANS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:24-CV-226 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Plaintiff, Janet Kipp Means, requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability benefits.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. Judge Hawthorn issued a Report recommending denying Means' request for remand.  (Dkt. #11.) Neither party filed objections to the recommendation, and the time for doing so has passed.

The court reviewed the magistrate judge's findings, relevant evidence, and applicable law. After careful consideration, the court **ADOPTS** the magistrate judge's recommendation and **AFFIRMS** the Commissioner's denial of benefits.  A final judgment will be entered in this case, in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 17th day of March, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE